IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NORMA BUENDIA,
    Plaintiff,

v.                              Civil Action No. 2:15-CV-00421-CG-SMV

UNIFIRST CORPORATION and
JOHN DOE,
    Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (2001) and A(2) of Section 8, 11.4.1 NMAC, and the Court having reviewed the pleading and otherwise fully being informed in the premises.

THE COURT FINDS that all parties have stipulated to the release of Workers' Compensation Administration records.

IT IS FURTHER ORDERED that within ten (10) working days of the date stamp of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

_____*/s/*_____
RACHEL BAYLESS, Esq., for WCA
WCA General Counsel

Approved by:

*Electronically approved on 11/22/15 by BKB*
ROYCE E. HOSKINS, Esq., and/or
BRIAN K. BRANCH, Esq.
Attorneys for Plaintiff, Norma Buendia

*Electronically approved on 11/13/15 by TMC*
TYLER M. CUFF, Esq., and/or
JEFFREY CROASDELL, Esq.
Attorneys for Defendants, Unifirst Corporation and John Doe