UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORMA BUENDIA,<br><br>　　Plaintiff,<br><br>v.<br><br>UNIFIRST CORPORATION<br>and JOHN DOE,<br><br>　　Defendants.<br><br>and<br><br>UNIFIRST CORPORATION<br><br>　　Third-Party Plaintiff,<br><br>v.<br><br>FENN FOODS, INC.<br><br>　　Third-Party Defendant. | Cause No.: 2:15-CV-00421-JCH-SMV |

### STIPULATED ORDER TO MODIFY THE COURT'S SCHEDULING ORDER

**THIS MATTER** having come before the Court on the *Stipulated Motion to Modify the Court's Scheduling Order* filed by Norma Buendia, Unifirst Corporation, and Fenn Foods, Inc. (collectively, the "Parties"), the Court hereby **FINDS** that the Motion is well taken and should be **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.　The deadline for Unifirst Corporation and Fenn Foods, Inc. to designate expert witnesses and produce expert reports or summaries, as set forth in the Court's Scheduling Order, is hereby modified from **December 2, 2015** to **February 15, 2016**.

2. The deadline for the Parties to terminate discovery, as set forth in the Court's Scheduling Order, is hereby modified from **March 1, 2016** to **April 15, 2016**.

3. The deadline for the Parties to submit discovery related motions, as set forth in the Court's Scheduling Order, is hereby modified from **March 21, 2016** to **April 29, 2016**.

4. The deadline for the Parties to submit pretrial motions, as set forth in the Court's Scheduling Order, is hereby modified from **March 31, 2016** to **May 10, 2016**.

**IT IS SO ORDERED**.

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge


**SUBMITTED AND APPROVED BY:**

By: */s/ Tyler M. Cuff, permission received by e-mail on November 30, 2015*
    Jeffrey M. Croasdell
    Tyler M. Cuff
    Rodey, Dickason, Sloan, Akin & Robb, P.A.
    Post Office Box 1888
    Albuquerque, NM  87103
    Telephone:  (505) 765-5900
    Facsimile:  (505) 768-7395

*Attorneys for Defendant/Third-Party Plaintiff Unifirst Corporation*

By: */s/ Brian K. Branch, permission received by e-mail on November 30, 2015*
    Brian K. Branch
    Law Office of Brian K. Branch
    715 Marquette Avenue NW
    Albuquerque, New Mexico 87102
    Telephone: (505) 764-9710
    Facsimile:  (505) 764-9722

And

    Royce E. Hoskins
    Trenchard & Hoskins
    Post Office Box 1995
    Roswell, New Mexico 88202-1995
    Telephone: (575) 622-7774
    Facsimile:  (575) 622-4705

*Attorneys for Plaintiff Norma Buendia*

By: */s/ M. Mitchell Moss*
    M. Mitchell Moss
    John S. Collins
    ScottHulse, P.C.
    201 E. Main Dr., 1100 Chase Tower
    El Paso, Texas 79901
    Telephone: (915) 533-2493
    Facsimile: (915) 546-8333

*Attorneys for Third-Party Defendant Fenn Foods, Inc.*