## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NORMA BUENDIA

     Plaintiff,

v.                                      No. 2:15-cv-00421-JCH-SMV

UNIFIRST CORPORATION
and JOHN DOE,

     Defendants.

and

UNIFIRST CORPORATION

     Third Party Plaintiff,

v.

FENN FOODS, INC.

     Third Party Defendant.

## STIPULATED ORDER TO MODIFY THE COURT'S SCHEDULING ORDER

**THIS MATTER** having come before the Court on the *Stipulated Motion to Modify the Court's Scheduling Order* filed by Norma Buendia, Unifirst Corporation, and Fenn Foods, Inc. (collectively, the "Parties"), the Court hereby **FINDS** that the Motion is well taken and should be **GRANTED**.

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

     1.     The deadline for Unifirst Corporation and Fenn Foods, Inc. to identify their expert witnesses and to provide expert reports and summary disclosures as set forth in the Court's scheduling order is modified from **February 15, 2016,** to **March 15, 2016**.

     2.     The deadline for the Parties to terminate discovery, as set forth in the Court's Scheduling Order, is hereby modified from **April 15, 2016** to **June 15, 2016**.

3.      The deadline for the Parties to submit discovery related motions, as set forth in the Court's Scheduling Order, is hereby modified from **April 29, 2016** to **June 29, 2016**.

4.      The deadline for the Parties to submit pretrial motions, as set forth in the Court's Scheduling Order, is hereby modified from **May 10, 2016** to **July 11, 2016**.

                          **IT IS SO ORDERED**.

                          _____
                          HONORABLE STEPHAN M. VIDMAR,
                          United States Magistrate Judge

**SUBMITTED AND APPROVED BY:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
        Jeffrey M. Croasdell
        Tyler M. Cuff
        Post Office Box 1888
        Albuquerque, NM  87103
        Telephone:  (505) 765-5900
        Facsimile:  (505) 768-7395
        *Attorneys for Defendant/Third-Party Plaintiff Unifirst Corporation*

&

LAW OFFICE OF BRIAN K. BRANCH

By: *Approved electronically by Brian Branch on 1/29/16*
        Brian K. Branch
        715 Marquette Avenue NW
        Albuquerque, New Mexico 87102
        Telephone: (505) 764-9710
        Facsimile:  (505) 764-9722
        *Attorney for Plaintiff Norma Buendia*

&

TRENCHARD & HOSKINS

By: _Approved electronically by Royce Hoskins on1/29/16_
        Royce E. Hoskins
        Post Office Box 1995
        Roswell, New Mexico 88202-1995
        Telephone: (575) 622-7774
        Facsimile:  (575) 622-4705
        _Attorney for Plaintiff Norma Buendia_

&

SCOTTHULSE, P.C.

By: _Approved electronically  by Mitchell Moss on 1/29/16_
        M. Mitchell Moss
        Priscilla Marquez
        201 E. Main Dr., 1100 Chase Tower
        El Paso, Texas 79901
        Telephone: (915) 533-2493
        Facsimile: (915) 546-8333
        _Attorney for Third-Party Defendant Fenn Foods, Inc._