IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMA BUENDIA,

    Plaintiff,

v.                                                                              No. 15-cv-0421 JCH/SMV

UNIFIRST CORP. and JOHN DOE,

    Defendants.

and

UNIFIRST CORPORATION

    Third-Party Plaintiff,

v.

FENN FOODS, INC.

    Third-Party Defendant.

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    May 2, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

    The telephonic status conference set for March 16, 2016, [Doc. 41], is VACATED and RESET for **May 2, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.

dismiss any claims or defenses, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**