IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMA BUENDIA,

    Plaintiff,

v.                                                       No. 15-cv-0421 JCH/SMV

UNIFIRST CORP. and JOHN DOE,

    Defendants.

and

UNIFIRST CORPORATION

    Third-Party Plaintiff,

v.

FENN FOODS, INC.

    Third-Party Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

Counsel report that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **June 13, 2016**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**