# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**NORMA BUENDIA,**

    Plaintiff,

**v.**                                                                                 **No. 15-cv-0421 JCH/SMV**

**UNIFIRST CORP. and JOHN DOE,**

    Defendants.

**and**

**UNIFIRST CORPORATION**

    Third-Party Plaintiff,

**v.**

**FENN FOODS, INC.**

    Third-Party Defendant.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. At a status conference on May 2, 2016, counsel advised that the parties had reached a settlement agreement. [Doc. 58]. Closing documents were due by June 13, 2016. [Doc. 59]. Defendant Unifirst requested an extension of time until July 5, 2016, to file closing documents because the parties needed time to resolve a potential Medicaid lien. [Doc. 60]. The Court granted the motion, and closing documents were due no later than July 5, 2016. [Doc. 61]. To date, however, none has been filed, nor has any party requested an extension of time.

**IT IS THEREFORE ORDERED** that counsel file a status report no later than **July 18, 2016**, explaining why closing documents have not yet been filed and on what date they will be filed.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**